UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH IRISH,

    Petitioner,

Case No. 1:08-cv-142

v.

HONORABLE PAUL L. MALONEY

MARY K. BERGHUIS,

    Respondent.
_____/

## JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: July 12, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge